**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILMER LOPEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SRH, INC., et al.<br><br>    Defendants. | Case No. 1:18-cv-00280-KJB/DAR |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: September 6, 2018

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiffs*

/s/ S. Hayes Edwards, Jr., Esq., Esq.
S. HAYES EDWARDS, JR., ESQ.
MCMILLAN METRO, P.C.
7811 Montrose Road
Suite 400
Potomac, MD 20854
Phone: (301) 251-1180
LJacobs@McMillanMetro.com
*Counsel for Defendants*

**SO ORDERED:** _____